UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Cherita Brown | : | Case No.: 19-15574-MDC |
| | : | |
| Debtor | : | Chapter 13 |

## MOTION TO RECONSIDER THE DECEMBER 19, 2019 ORDER DISMISSING THE CHAPTER 13 CASE

Comes Now, Cherita Brown, hereinafter referred to as "Debtor" and moves this Honorable Court to vacate its December 19, 2019 Order Dismissing the instant matter and in support thereof aver the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about September 19, 2019.

2. The Chapter 13 bankruptcy matter was assigned case number 19-15574-MDC.

3. On or about November 26, 2019 the Chapter 13 Trustee filed a Motion to Dismiss the instant matter for failure to make timely and regular Chapter 13 payments.

4. In furtherance of the Trustee's Motion the instant matter was dismissed on December 19, 2019.

5. That same day, the Debtor had a scheduled payment in the amount of $1,354.99 which would have brought the Debtor current on her payments to the Trustee.

6. The Debtor is desirous of continuing to make regular and monthly Chapter 13 Plan payments and will cure all sums due and owing to the trustee by or before the date of the hearing on this subject Motion.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully request that this Honorable Court Reconsider its December 19, 2019 Order dismissing the instant matter.

Dated: December 26, 2019

Respectfully submitted,

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107