IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Cherita Brown | : | Chapter 13 |
| | : | |
| | : | Case No. 19-15574MDC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 38.

Dated: April 7, 2020                                    /s/ Brad J. Sadek, Esquire
                                                        Brad J. Sadek, Esquire
                                                        Sadek and Cooper
                                                        1315 Walnut Street, Suite 502
                                                        Philadelphia, PA 19107
                                                        215-545-0008