United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-15574-mdc
Cherita Brown                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: ChrissyW          Page 1 of 1           Date Rcvd: Jun 25, 2020
                               Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db            +Cherita Brown,    715 Fisher Avenue,    Philadelphia, PA 19120-2725
14406041      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14489551      +HSBC Bank USA, National Association as Trustee for,    c/o Rebecca Solarz,Esquire,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14489168      +HSBC Bank USA, National Association as Trustee for,    C/O KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14385163      +Phelan Hallinan Diamond and Jones,    1617 JFK blvd.,    Suite 1400,
               Philadelphia, PA 19103-1814
14393539      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14400310      +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14400311      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14385164      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 26 2020 04:10:06    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2020 04:09:34
               Pennsylvania Department of Revenue,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 26 2020 04:10:04    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14386737      +E-mail/Text: bankruptcy@cavps.com Jun 26 2020 04:09:59    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                      TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14400309*     +Phelan Hallinan Diamond and Jones,    1617 JFK blvd.,    Suite 1400,
               Philadelphia, PA 19103-1814
14400312*     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)
                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Cherita  Brown brad@sadeklaw.com,  bradsadek@gmail.com
          LEEANE O. HUGGINS    on behalf of Trustee WILLIAM C. MILLER, Esq. lhuggins@ph13trustee.com
          REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Cherita Brown**                              :          **Chapter 13**

                                                        :

            **Debtor(s)**                               :          **Bankruptcy 19-15574 MDC**

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.        This chapter 13 bankruptcy case is **DISMISSED**.

2.        Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.        Any wage orders previously entered are **VACATED**.

4.        Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.        All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.        Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:    June 25, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE