**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
|     Cherita Brown | : | |
| | : | |
| | : | |
| | : | Case No. 19-15574MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on June 29, 2020, a true and correct copy of the <u>ORDER DISMISSING CHAPTER 13 AND SETTING HEARING ON APPLICATION FOR COMPENSATION</u> was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims.

                                                                                              Very Truly Yours,

 June 29, 2020                                                          ***/s/ Brad J. Sadek, Esquire***
                                                                                     Brad J. Sadek, Esquire