United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cherita Brown  
       Debtor

Case No. 19-15574-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　　　Page 1 of 1　　　　　Date Rcvd: Jul 07, 2020  
　　　　　　　　　　 Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db　　　　　+Cherita Brown,    715 Fisher Avenue,    Philadelphia, PA 19120-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:  
　　　　BRAD J. SADEK    on behalf of Debtor Cherita  Brown brad@sadeklaw.com,   bradsadek@gmail.com  
　　　　LEEANE O. HUGGINS    on behalf of Trustee WILLIAM C. MILLER, Esq. lhuggins@ph13trustee.com  
　　　　REBECCA ANN SOLARZ    on behalf of Creditor   HSBC Bank USA, National Association as trustee for  
　　　　 GSMPS Mortgage Loan Trust 2005-RP1 bkgroup@kmllawgroup.com  
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
|     Cherita Brown | : | |
| | : | |
| | : | Case No.: 19-15574MDC |
| Debtor(s) | : | |

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,810.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: July 7, 2020

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge