IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cherita Brown | : | |
| | : | |
| | : | Case No. 19-15574MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated:  July 20, 2020            /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                                 1315 Walnut Street, Suite 502
                                 Philadelphia, PA 19107
                                 215-545-0008